USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
:
COACH, INC. and COACH SERVICES, INC.,    :
:
              Plaintiffs,    :
:   11 Civ. 3574(BSJ)(JCF)
     v.    :
:
:   **Order**
MICHAEL J. MCMEINS, individually    :
and doing business as    :
www.caranisstore.com, "CARANIS STORE,"    :
and "CARANIS LITTLE STORE;"    :
UNKNOWN WEBSITES 1-10; JOHN DOES 1-10;    :
UNKNOWN ENTITIES 1-10;    :
:
              Defendants.    :
:
------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    On March 9, 2012, Magistrate Judge Francis issued a Report and Recommendation ("R&R"), recommending that judgment be entered against Defendants and in favor of Plaintiffs in the amount of $800,000 in statutory damages on Plaintiffs' claims for trademark counterfeiting, trademark infringement, and unfair competition, in violation of 15 U.S.C. §§ 1114, 1125(a),(c).

    Magistrate Judge Francis instructed both parties that failure to file objections within fourteen (14) days of the R&R would result in waiver of objections and preclude appellate review.  Neither party filed written objections within that timeframe.  Accordingly, both parties waived their objections and appellate review is precluded.  See Thomas v. Arn, 474 U.S.

140, 155 (1985); see also IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993).

Upon review and consideration of the R&R, the Court finds it is neither "clearly erroneous" nor "contrary to law." See FED. R. CIV. P. 72. The Court, thus, adopts the R&R, and GRANTS, Plaintiff's motion for default judgment. No appeal may be taken from this Order.

The Clerk of the Court is directed to terminate the motion (document 12) and close this case.

SO ORDERED:

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         March 30, 2012